Michael W. Sebesta
State Bar No. 24033171
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7300
Fax: (214) 573-7399
Email: msebesta@chfirm.com

Attorneys for James W. Cunningham, Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § § § | Case No. 18-32394-hdh7 |
| CHRISTIAN THAI, | § § | No hearing requested. |
| DEBTOR. | § § § | |

# TRUSTEE'S APPLICATION FOR EMPLOYMENT
# OF REAL ESTATE AGENT

**NOTICE**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 1100 COMMERCE STREET, ROOM 1254, DALLAS, TX 75242-1496 BEFORE CLOSE OF BUSINESS ON JANUARY 7, 2019, WHICH IS AT LEAST TWENTY-FOUR (24) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

COMES NOW, James W. Cunningham, Chapter 7 Trustee in the above styled and numbered case (the "Trustee" and/or "Applicant"), and makes this **Trustee's Application for Employment of Real Estate Agent** and would show the Court as follows:

1. The Trustee requires the services of a real estate agent to market and sell three residential properties located in Garland, Dallas County, Texas (collectively, the "Property"). The locations comprising the Property as they are commonly known are the following:

    a. 738 Sceptre Circle, Garland, Texas 75043;

    b. 712 Ticonderoga Drive, Garland, Texas 75043; and

    c. 735 Baruna, Garland, Texas 75043.

2. The Trustee desires to retain Michael Crane as his residential real estate agent.

3. Because Michael Crane specializes in selling residential real estate in Dallas County, Texas, and has experience with the unique requirements of selling real estate in the context of bankruptcy cases, the Trustee believes Mr. Crane is well qualified to render the foregoing services.

4. The terms of employment are that Mr. Crane will market the Property to potential buyers and will be paid a commission of 6% of the gross sales price upon closing if a sale of the Property closes. In the event that fewer than all three properties comprising the Property are sold, Mr. Crane will be paid the commission only on the properties for which a sale closes.

5. To the best of the Trustee's knowledge, the Trustee believes that Michael Crane does not hold or represent any interest adverse to that of the Trustee or the Debtor's estate, and that Michael Crane is a disinterested person within the meaning of 11U.S.C. § 101(14). Attached hereto as **Exhibit "A"** is the Rule 2014 Statement of Connections, signed by Michael Crane.

6.       The Trustee and Michael Crane have agreed, subject to the approval of this Bankruptcy Court, to the terms and conditions of the employment of Michael Crane, set forth above, regarding the marketing and sale of the Property. Any sale of the Property and the terms of any commission to be paid to Michael Crane shall be subject to notice and hearing and Bankruptcy Court approval.

WHEREFORE, the Trustee prays that he be authorized to employ Michael Crane, on the terms set forth herein, as his residential real estate agent to render services in the areas described above, with compensation to be paid as an administrative expense in such amounts as this Court may hereinafter determine and allow.

Respectfully submitted,

/s/ Michael W. Sebesta
Michael W. Sebesta
State Bar No. 24033171
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7300
Fax: (214) 573-7399
Email: msebesta@chfirm.com

Attorneys for James W. Cunningham, Chapter 7 Trustee

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing document was served this 13th day of December, 2018 by electronic transmission through the Court's automated Case Management and Electronic Docketing System for the U. S. Bankruptcy Court for the Northern District of Texas on all parties-in-interest submitting to service of papers in this case by said means and via first class mail, postage prepaid on the following:

| | |
|---|---|
| U.S. Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242-1496 | John E. Leslie<br>John Leslie PLLC<br>1805 West Park Row Drive, Suite C<br>Arlington, TX 76013 |
| Christian Thai<br>14414 Brentshire Lane<br>Houston, TX 77069 | James W. Cunningham, Trustee<br>6412 Sondra Lane<br>Dallas, TX 75214 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | East West Bank<br>c/o J. Machir Stull<br>CANTEY HANGER LLP<br>1999 Bryan Street, Suite 3300<br>Dallas, TX 75201 |

                                            /s/ Michael W. Sebesta
                                            Michael W. Sebesta

Michael Crane
730 Lipscomb Ave.
Dallas, TX 75214
(214) 357-1662
md_crane@scbglobal.net

Proposed Real Estate Agent for James W. Cunningham,
Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CHRISTIAN THAI, | § | Case No. 18-32394-hdh7 |
| | § | |
| DEBTOR. | § | No hearing requested. |

## RULE 2014 STATEMENT OF CONNECTIONS

I, Michael Crane, hereby declare under penalty of perjury the following:

I have been asked to be employed as real estate agent for the Trustee in this case to assist in the sale of residential real estate that is property of the above-captioned bankruptcy estate.

I do not have any known connections with the Debtor, the United States Trustee or any person employed in the office of the United States Trustee, and – to the extent heretofore identified in the filings in this case – the creditors, any other party in interest, their respective attorneys or accountants.

Dated: December 13, 2018.

*/s/ Michael Crane*

Michael Crane

Rule 2014 Statement of Connections                                                                                  Page 1 of 1

EXHIBIT A