

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 11, 2019**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 18-32394-hdh7 |
| CHRISTIAN THAI, § | |
| § | No hearing requested. |
| DEBTOR. § | |

## ORDER GRANTING TRUSTEE'S APPLICATION FOR
## EMPLOYMENT OF REAL ESTATE AGENT

On this day, came on for consideration the **Trustee's Application for Employment of Real Estate Agent** [Docket No. 53] (the "Application"), filed by James W. Cunningham as Chapter 7 Trustee (the "Trustee") seeking approval of the Court to allow the Trustee to employ Michael Crane as the Trustee's real estate agent, as more particularly set forth in the Application and Affidavit on file in this matter. No notice of hearing on said Application need be given and no objections have been filed. The Trustee and Michael Crane have represented to this Court that Michael Crane holds or represents no interest adverse to the Debtor or the estate, that he is disinterested, and that his employment is in the best interest of the estate. It is therefore,

**ORDERED**, that the Trustee is authorized to employ Michael Crane as a real estate agent to market and sell the real property of the estate as set forth in the Trustee's Application, with said employment to be upon the terms and conditions set forth therein; and it is further

**ORDERED**, that all compensation and expenses will be determined at a hearing on any proposed sale after notice to creditors.

### ### END OF ORDER ###

Order drafted by:

Michael W. Sebesta
State Bar No. 24033171
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7300
Fax: (214) 573-7399
Email: msebesta@chfirm.com

Attorneys for James W. Cunningham, Chapter 7 Trustee